IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DENISE ALEJANDRINA PEREZ-RODRIGUEZ, § § | | |
| PLAINTIFF, | § § § | |
| V. | § § | |
| | § | CAUSE NO. 1:19-CV-184-LY |
| KIRSTJEN NIELSEN, LEE FRANCIS CISSNA, MARIO ORTIZ, AND TINA ALMOND, | § § § § | |
| DEFENDANT. | § | |

**FINAL JUDGMENT**

Before the court in the above-styled and numbered cause is Notice of Voluntary Dismissal filed April 23, 2019 (Dkt. No. 4), which the court reviewed and now approves. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 26th day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE